UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| MASON WHITE HYDE-EL, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 5:25-CV-133-FL |
| NORTH CAROLINA CHILD SUPPORT | ) | |
| CENTRALIZED COLLECTIONS | ) | |
| Defendant. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the report and recommendation of the United States Magistrate Judge, to which objection was filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered on July 25, 2025, and for the reasons set forth more specifically therein, that plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on July 25, 2025, and Copies To:**
Mason White Hyde-el (via US mail) 1105 Panuco Avenue, Jacksonville, FL 32233

July 25, 2025                    PETER A. MOORE, JR. CLERK


                                  /s/ Sandra K. Collins
                                 (By) Sandra K. Collins, Deputy Clerk